# Exhibit A



| Close | Print | Delete | Reply | Reply to All | Forward | Spam |
|---|---|---|---|---|---|---|

Reply to the sender of the selected message [r]

**FedEx Sh...**  
From: TrackingUpdates@fedex.com  
To: prauser@aegislawgroup.com  
Reply To: trackingmail@fedex.com

November 21, 2019 5:01 PM



# Your package has been delivered
## Tracking # 777040966745

**Ship date:**  
Wed, 11/20/2019

Serine Consolino  
AEGIS LAW GROUP LLP  
WASHINGTON, DC 20004  
US

Delivered

**Delivery date:**  
Thu, 11/21/2019 4:56 pm

Michael Aksman  
Equities Global Analytics LLC  
8 Kent Place Lane  
PLAINFIELD, NJ 07063  
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 777040966745 |
| **Status:** | Delivered: 11/21/2019 4:56 PM Signed for By: Signature not required |
| **Reference:** | 103-117 |
| **Signed for by:** | Signature not required |
| **Delivery location:** | NORTH PLAINFIELD, NJ |
| **Delivered to:** | Residence |
| **Service type:** | FedEx Standard Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| | Residential Delivery |
| **Standard transit:** | 11/21/2019 by 8:00 pm |