# Exhibit B

**Zimbra**                                                              sconsolino@aegislawgroup.com

**Re: Conference Call//Greenwich Quantitative Research LP vs. Aksman, Michael - JAMS Ref No. 1425031204**

| | | |
|---|---|---|
| **From :** | Serine Consolino <sconsolino@aegislawgroup.com> | Thu, Jan 09, 2020 01:23 PM |
| | | 📎10 attachments |
| **Subject :** | Re: Conference Call//Greenwich Quantitative Research LP vs. Aksman, Michael - JAMS Ref No. 1425031204 | |
| **To :** | Patrick Mullarkey <PMullarkey@jamsadr.com> | |
| **Cc :** | prauser@aegislawgroup.com, Shakiya Wright-McDuffie <swrightmcduffie@jamsadr.com> | |

Mr. Mullarkey,

Thank you. We also have an address for Mr. Aksman at 8 Kent Place Lane North Plainfield NJ 07063 (his home address), but he has not responded to our attempts to contact them there either. We would like to proceed with the call.

Sincerely,
Serine

Serine Consolino
ægis law group LLP
Market Square West - Suite 740
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

T: 202 706 7031
sconsolino@aegislawgroup.com
Firm website: www.aegislawgroup.com

---

**From:** "Patrick Mullarkey" <PMullarkey@jamsadr.com>
**To:** "Serine Consolino" <sconsolino@aegislawgroup.com>
**Cc:** prauser@aegislawgroup.com, maksman123@gmail.com, "Shakiya Wright-McDuffie" <swrightmcduffie@jamsadr.com>
**Sent:** Thursday, January 9, 2020 12:59:23 PM
**Subject:** RE: Conference Call//Greenwich Quantitative Research LP vs. Aksman,

Michael - JAMS Ref No. 1425031204

Dear Ms. Consolino,

Since we have not heard from Michael Aksman we will proceed with sett call between you and the Arbitrator Maas. If you have better contact info for Michael Aksman please let us know. We have is address as 400 Wash Avenue Martinsville, NJ 08836. Phone# 732-983-1086. I will respond sh additional dates for the conference call.

Sincerely,



**Patrick K. Mullarkey**
Case Coordinator

620 8th Avenue, 34th Floor
New York, New York 10018
PMullarkey@jamsadr.com
**P:** 212.607.2771
**F:** 212.801.1743

**JAMS Named Mediation Firm of the Year in *Who's Who Legal* 2016**

U.S. | International | LinkedIn | Twitter

---

**From:** Patrick Mullarkey
**Sent:** Thursday, January 2, 2020 11:45 AM
**To:** Serine Consolino <sconsolino@aegislawgroup.com>
**Cc:** prauser@aegislawgroup.com; maksman123@gmail.com
**Subject:** RE: Conference Call//Greenwich Quantitative Research LP vs Michael - JAMS Ref No. 1425031204

Hi Ms. Consolino,

If we do not receive a response by January 6th I will send an email out next steps regarding the call with Judge Maas.



620 8th Avenue, 34th Floor
New York, New York 10018
PMullarkey@jamsadr.com
**P:** 212.607.2771
**F:** 212.801.1743

**JAMS Named Mediation Firm of the Year** in *Who's Who Legal* 2016

U.S. | International | LinkedIn | Twitter

---

**From:** Serine Consolino <sconsolino@aegislawgroup.com>
**Sent:** Thursday, January 2, 2020 10:29 AM
**To:** Patrick Mullarkey <PMullarkey@jamsadr.com>
**Cc:** prauser@aegislawgroup.com; maksman123@gmail.com
**Subject:** Re: Conference Call//Greenwich Quantitative Research LP vs Michael - JAMS Ref No. 1425031204

Dear Mr. Mullarkey,

We believe that the Respondent intends to default on this proce[eding]. We were hoping to be able to set up an initial call with Judge M[...] order to discuss next steps.

Sincerely,
Serine

Serine Consolino
ægis law group LLP
Market Square West - Suite 740
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

T: 202 706 7031
sconsolino@aegislawgroup.com
Firm website: www.aegislawgroup.com

**Subject:** RE: Conference Call//Greenwich Quantitative Research LP vs Michael - JAMS Ref No. 1425031204

Counsel,

I am following up for Respondent's availability. Please respond.

Sincerely,



| **Patrick K. Mullarkey**
Case Coordinator

620 8th Avenue, 34th Floor
New York, New York 10018
PMullarkey@jamsadr.com
**P:** 212.607.2771
**F:** 212.801.1743

**JAMS Named Mediation Firm of the Year in Who's Who Legal 2016**

**U.S.** | **International** | **LinkedIn** | **Twitter**

---

**From:** Serine Consolino <sconsolino@aegislawgroup.com>
**Sent:** Thursday, December 19, 2019 1:10 PM
**To:** Patrick Mullarkey <PMullarkey@jamsadr.com>
**Cc:** prauser@aegislawgroup.com; maksman123@gmail.com
**Subject:** Re: Conference Call//Greenwich Quantitative Research LP vs. Michael - JAMS Ref No. 1425031204

Good afternoon,

Counsel for Claimant Greenwich Quantitative Research LP are a any of those days.

Serine Consolino
ægis law group LLP
Market Square West - Suite 740
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

T: 202 706 7031
sconsolino@aegislawgroup.com
Firm website: www.aegislawgroup.com

---

**From:** "Patrick Mullarkey" <PMullarkey@jamsadr.com>
**To:** prauser@aegislawgroup.com, sconsolino@aegislawgroup.com, maksman123@gmail.com
**Sent:** Thursday, December 19, 2019 1:07:03 PM
**Subject:** Conference Call//Greenwich Quantitative Research LP vs. Aks Michael - JAMS Ref No. 1425031204

Dear Counsel:

Hon. Frank Maas has requested that a conference call be held for the above-refe matter. Availability is as follows:

January 2nd 9am-4pm ET

January 3rd 9am-4pm ET

January 6th 11am-4pm ET

Please be advised that these dates/ times are subject to change. Please reply wit availability and cc each other with your response.

Best regards,

**Patrick K. Mullarkey**
Case Coordinator

**F:** 212.801.1743

**JAMS Named Mediation Firm of the Year** in *Who's Who Legal* 2016

**U.S.** | **International** | **LinkedIn** | **Twitter**


**image001.jpg**
3 KB


**image001.jpg**
3 KB


**image001.jpg**
3 KB


**image001.jpg**
3 KB


**image001.jpg**
3 KB


**image001.jpg**
3 KB


**image001.jpg**
3 KB


**image001.jpg**
3 KB


**image001.jpg**
3 KB

**image001.jpg**



3 KB