# Exhibit F

## JUDICIAL ARBITRATION AND MEDIATION SERVICES

CASE NO.:

## AFFIDAVIT OF DUE DILIGENCE

**Greenwich Quantitative Research LP**

    Plaintiff/Petitioner,

vs.

**Michael Aksman**

    Defendant/Respondent.
_____/

Received by **J & K Investigative Services Inc** on **11/22/2019** at **05:11 PM** to be served upon:

**Michael Aksman**
**8 Kent Place Lane**
**North Plainfield, NJ 07063**

```
STATE OF NEW JERSEY
COUNTY OF SOMERSET    ss.
```

I, **Roger Padilla**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action.

On **12/10/2019** at **09:45 PM**, I non-served the within **DEMAND FOR ARBITRATION** on **Michael Aksman** in the manner indicated below:

**NON-SERVICE:** For the reason(s) in the comments below:

**11/22/19 @ 4:23pm** - The address provided is a single family residence. I spoke to an older female at this location who spoke very little English. She had a very heavy Russian accent when she did speak to me. When I asked for Michael Aksman she simply nodded in the affirmative. When I asked to speak with him all she could tell me was "airport...California". I asked her if she meant that he went to California on an airplane and she again nodded in the affirmative. When I tried obtaining any additional information about his return she just shrugged her shoulders because she didn't understand me. I asked if there was anyone else in the home I could speak to, again she just shrugged her shoulders as if she didn't understand me.

**11/30/19 @ 3:15pm** - No answer at this time. No vehicles observed.

**12/2/19 @ 8:42pm** - No answer at this time. I observed a few small lights on downstairs but no vehicles observed. I do bot believe anyone was at home at this time.

**12/5/19 @ 7:55pm** - There was no answer at this time. Home was dark and no vehicles observed.

**12/7/19 @ 3:47pm** - The same Russian woman I spoke to on prior attempt answered the door. When I asked for Michael Aksman she responded in broken English, "no home". I asked if he was back home from California and she shrugged her shoulders as if she did not understand what I was saying. I asked when he would be coming home and again, she shrugged her shoulders.

**12/9/19 @ 7:02am** - There was no answer at this time. No vehicles were observed. It did not appear as if anyone was at home at this time.

12/10/19 @ 9:45pm - At this time, I spoke to a female resident who identified herself a Maria Platt, the ex-wife of Michael Aksman. She informed me that Michael moved to California. She further stated that she does not have a current address for him in California. I questioned her regarding some of the comments that the Russian woman had made to me which gave me the impression that Michael was living at this address and in California for only a short time. Maria Platt stated that the Russian woman is her housekeeper who does not understand English and was confused when I attempted service on prior occasions.

X _____
Roger Padilla
J & K Investigative Services Inc
P.O. Box 88
Somerville, NJ 08876
908-707-1900
Atty File#: - Our File# 94707

Sworn to and subscribed before me on this
____ day of _____, 20__
by an affiant who is personally known to me or
produced identification.

_____
NOTARY
KAREN BURWICKLE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/11/2023