# Exhibit G

| | |
|---|---|
| GREENWICH QUANTITATIVE RESEARCH LP, | ) **CPR File: G-20-27-K** <br> ) Filing Date: |
| CLAIMANT | ) <br> ) AFFIDAVIT OF SERVICE |
| v. | ) **ATTNY**: |
| MICHAEL AKSMAN | ) AEGIS LAW GROUP LLP <br> ) 801 Pennsylvania Ave. NW, Suite 740 <br> ) Washington D.C. 20004 <br> ) Attorney Paul Rauser |
| RESPONDENT | ) Attorney Serine Consolino |

I, KENNETH CUMMINGS, (KC) being duly sworn according to law upon my oath, depose and say that deponent is not a party to this action, has no direct personal interest in this litigation, is over the age of 18 years and resides in the State of New Jersey.

That on January 16, 2020 at 9:10am, deponent served the within DEMAND FOR ARBITRATION ON MICHAEL AKSMAN, whom originally avoided service at his resident address of 8 Kent Place in North Plainfield, NJ and was later served while departing his residence. The subpoena was served in the following manner:

At about 6:30 am Investigator Kenneth Cummings ("KC") arrived in the vicinity of 8 Kent Place, North Plainfield, NJ, believed to be the residence of Michael Aksman ('MA").

At about 9:00am there was a 2006 Blue Infinity bearing NJ plate <u>SYV66J</u> parked in the driveway. The vehicle is registered to Maria T. Platt-Aksman at the same address.

At about 9:05am KC knocked on the front door of the residence and it was answered by a woman, presumably Mrs. Aksman. KC asked if MA was at home and the woman stated that he was not. The woman added that MA was at an unknown location in California. KC handed the woman a set of the Demand for Arbitration papers. The woman asked KC what she should do with the papers and KC advised her to give them to her husband.

At about 9:07am KC left Kent Place and parked a short distance away at the intersection of Greenbrook Rd. and Harrington Avenue to make notes and a telephone call.

At about 9:10am, the Blue Infinity that was parked in the driveway of 8 Kent Place pulled up next to KC and stopped at a stop sign at the same intersection. KC recognized MA sitting in the passenger seat from the photos previously obtained off social media and the woman from 8 Kent Place behind the wheel. KC walked to the passenger side of the Infinity at which time MA partially opened the window. As KC attempted to give MA a second copy of the Demand for Arbitration papers, MA pushed the papers out of the vehicle and on to the street, then drove away.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

_Kenneth Cummings_        Date 1/17/2020
Crossroads Investigation Services
P.O. Box 38
Westwood, NJ 07675
(201) 263-1270

Subscribed and sworn to me, a notary public, on the 17th Day of January, 2020.

_Geralyn Haydon_
Notary Public

Notary Public – State of New Jersey

My Commission Expires: July 12, 2021