IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL AKSMAN, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| -against- ) | Civil Action No. 1:20-cv-08045 |
| ) | |
| GREENWICH QUANTITATIVE ) | |
| RESEARCH, LP, ) | |
| ) | |
| *Respondent*. ) | |

## DECLARATION OF GENE REILLY

Pursuant to 28 U.S.C. § 1746, I, Gene Reilly, hereby submit this Declaration in support of Greenwich Quantitative Research LP's Response in Opposition to Michael Aksman's Petition to Vacate the Arbitration Award, and state as follows.

1. I am the founder and Chief Investment Officer of Respondent Greenwich Quantitative Research LP. The facts stated herein are based on my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of an October 24, 2017 Restrictive Covenants Agreement entered into between Greenwich Quantitative Research LLC (a predecessor to Greenwich Quantitative Research LP) and Michael Aksman ("October 2017 RCA").

3. Attached hereto as Exhibit B is a true and correct copy of a March 7, 2019 Restrictive Covenants Agreement between Greenwich Quantitative Research LP and Michael Aksman, which superseded the October 2017 RCA.

4. Attached hereto as Exhibit C is a true and correct copy of an October 24, 2017 employment agreement between Greenwich Quantitative Research LLC (a predecessor to Greenwich Quantitative Research LP ) and Michael Aksman.

5. Attached hereto as Exhibit D is a true and correct copy of a March 7, 2019 employment agreement between Greenwich Quantitative Research LP and Michael Aksman ("March 2019 Employment Agreement").

6. Attached hereto as Exhibit E is a true and correct copy of a June 7, 2019 letter extending the March 2019 Employment Agreement.

7. After entering the October 2017 RCA, Michael Aksman began to take an active role in marketing the fund to Greenwich's potential investors, participating in between 25 and 30 investor meetings between October 2017 and July 2019.

8. Between 2017 and 2019, Michael Aksman meet with investors in multiple states across the country, and used interstate phone lines to communicate with investors in multiple states across the country, including New York, Connecticut and California.

9. Michael Aksman's role as Senior Portfolio Manager involved the trading of U.S. and international equities.

10. Between October 2017 and October 2019, I regularly corresponded with Michael Aksman using the email address maksman123@gmail.com. I am not aware of any other email address maintained by Michael Aksman.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of October, 2020.

_____
Gene Reilly