# Exhibit E



June 7, 2019

Dear Michael,

The employment letter ("the Letter") between you and Greenwich Quantitative Research LP ("the Company") dated March 6th, 2019 makes reference to a Closing Date of June 30th, 2019. It is agreed by both you and the Company that the Closing Date will be modified to reflect a date of August 31st, 2019.

This agreement supersedes any previous modifications to the Closing Date. All other terms and conditions outlined in the Letter and associated Restrictive Covenants Agreement will remain in force.

Sincerely,

GREENWICH QUANTITATIVE RESEARCH LP

_____

Gene Reilly

Chief Investment Officer

*Acknowledged and Agreed:*

_____

Michael Aksman