UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

MICHAEL AKSMAN,

                               Petitioner,

                    -v-

GREENWICH QUANTITATIVE RESEARCH, LP,

                               Respondent.

20 Civ. 8045 (PAE)

Order

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

The Court has received parties' joint letter and proposed case management plan, Dkts. 18–19, and the parties' letter regarding notice of removal and citizenship of the respective parties, Dkt. 20.

In light of the posture of this action and the parties' submissions, the Court cancels the initial pretrial conference presently scheduled for November 4, 2020 at 2:00 p.m.

SO ORDERED.

                                                             *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: October 30, 2020
          New York, New York