UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL AKSMAN,

                         Petitioner,              20 Civ. 8045 (PAE)

      -v-

                                                    Order

GREENWICH QUANTITATIVE RESEARCH, LP,

                         Respondent.

PAUL A. ENGELMAYER, District Judge:

      Respondent Greenwich Quantitative Research, LP has filed a cross-motion to confirm the arbitration award. Dkt. 22. Petitioner's opposition to the motion is due January 21, 2021. The Court does not invite reply.

      SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: January 7, 2021
       New York, New York