UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL AKSMAN,<br><br>                            Plaintiff,<br>        -v-<br><br>GREENWICH QUANTITATIVE RESEARCH LP,<br><br>                            Defendant. | 20 Civ. 8045 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Judge Engelmayer regrettably must adjourn tomorrow's oral argument, to attend a funeral outside of New York City for a friend who passed away this morning. The Court regrets the inconvenience to the parties and counsel. The Court's law clerk will be in touch with counsel to arrange a new hearing date.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 24, 2021
        New York, New York