UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL AKSMAN,<br><br>                    Plaintiff,<br>         -v-<br><br>GREENWICH QUANTITATIVE RESEARCH LP,<br><br>                    Defendant. | 20 Civ. 8045 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Pursuant to its order adjourning oral argument, Dkt. 28, the Court will now hear oral argument on **August 27 at 9:15 a.m**. This argument will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19,** found at https://nysd.uscomis.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with Chambers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 25, 2021
       New York, New York