UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MICHAEL AKSMAN,

                Petitioner.

-v-

GREENWICH QUANTITATIVE RESEARCH, LP,

                Respondent.

------------------------------------------------------------X

GREENWICH QUANTITATIVE RESEARCH, LP,

                Cross-Petitioner,              20 **CIVIL** 8045 (PAE)

      -against-                                                **JUDGMENT**

MICHAEL AKSMAN,

                Cross-Respondent.

------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 28, 2021, Aksman's petition to vacate the Award is denied, and Greenwich's cross-petition to confirm the Award is granted. The Award is confirmed; accordingly, the case is closed.

**Dated:**  New York, New York
         September 28, 2021

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                               **BY:**   *K. Mango*

                                                           **Deputy Clerk**